UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANSEL P. STREET
          Plaintiff(s)
   v.
CHAPLIN SPEERS; CHAPLIN MONTGOMERY; MAILROOM SUPERVISOR HARRISON; G.J. BRANKER; LT. SESSIONS
          Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3191-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on May 4, 2011, with service on:</u>
Ansel P. Street  0646255, Central Prison, 1300 Western Blvd., Raleigh, NC  27606(via U.S. Mail)

May 4, 2011　　　　　　　　　　　　　　　　　　/s/ Dennis P. Iavarone
　　　　　　　　　　　　　　　　　　　　　　　　Clerk